

**NUMBER 13-19-00077-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

JOHANNA TREJO,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

**On appeal from the 319th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, Johanna Trejo, filed a notice of appeal challenging her conviction for tampering with or fabricating physical evidence. By order signed March 28, 2019, the trial court granted the parties' agreed motion for new trial.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). Because there is no conviction to

be appealed, we have no jurisdiction to consider this appeal.  *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.–Dallas 1996, no pet.).

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of the opinion that the appeal should be dismissed for want of jurisdiction.  *See id.*  The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
11th day of April, 2019.

2